UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS BUTDORF,

     Plaintiff,

v.                              CASE NO. 8:15-cv-916-T-23TGW

SC MAINTENANCE, INC., et al.,

     Defendants.

_____/

## ORDER

Thomas Butdorf sued (Doc. 1) SC Maintenance, Inc., and Steven S. Clements under the Fair Labor Standards Act, and an August 12, 2015 order (Doc. 14) granted Butdorf's motion for a default judgment against the defendants.  A December 7, 2015 report (Doc. 18) recommends granting Butdorf's motion (Doc. 16) for $2,112.50 in an attorney's fee and $484.75 in costs.  The report (Doc. 18) is **ADOPTED**, and the motion (Doc. 16) for an attorney's fee and costs is **GRANTED**.  The clerk is directed to enter a judgment for Butdorf and against the defendants for $2,112.50 in an attorney's fee and $484.75 in costs.  (*See* Doc. 14 at 2 ("Clements is jointly and severally liable."))

ORDERED in Tampa, Florida, on January 11, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE