UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS BUTDORF :
    Plaintiff :
:
v. : CASE No. 8:15-CV-916-T-23TGW
:
SC MAINTENANCE, INC., *et al.*, :
    Defendants :
v. :
:
CHASE BANK :
    Garnishee :

## REPORT AND RECOMMENDATION

THIS CAUSE came on for consideration upon the Motion for Final Judgment of Garnishment and Memorandum in Support Thereof (Doc. 33). The plaintiff seeks the entry of final judgment of garnishment in the amount of $4,804.77 (id.).

The plaintiff has obtained judgments against the defendant in this action totaling $4,804.77 (Docs. 15, 21). A writ of garnishment was issued to Chase Bank, which answered that it was indebted to the defendant for more than eight thousand dollars (Doc. 30). The plaintiff served by mail to the defendant the required garnishment notification, in accordance with Fla. Stat. 77.055 (Doc. 33, p. 3). The defendant has not sought to dissolve the writ, or assert an

exemption.

In this connection, Fla. Stat. 77.083 provides that "[j]udgment against the garnishee on the garnishee's answer or after trial of a reply to the garnishee's answer shall be entered for the amount of his or her liability as disclosed by the answer or trial." The plaintiff has satisfied the requirements for the entry of a final judgment of garnishment pursuant to Florida law. See Rule 69(a), F.R.Civ.P. (state procedure applies in proceedings to aid in the execution of a judgment).

I therefore recommend that the Motion for Final Judgment of Garnishment (Doc. 33) be granted, and that entry of final judgment of garnishment be entered in favor of the plaintiff and against garnishee Chase Bank in the amount of $4,804.77.

Respectfully submitted,

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: NOVEMBER 29, 2016

NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).