UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS BUTDORF,

     Plaintiff,

v.                                   CASE NO. 8:15-cv-916-T-23TGW

SC MAINTENANCE, INC., et al.,

     Defendants.

_____/

**ORDER**

     The clerk entered two judgments (Docs. 15, 21) totaling $4,804.77 for plaintiff

Thomas Butdorf and against defendants SC Maintenance, Inc., and Steven S.

Clements.  In response to a July 20, 2016 writ (Doc. 25) of garnishment, JPMorgan

Chase Bank states that the bank owes SC Maintenance $8,241.02.  The plaintiff

moves (Doc. 33) for a judgment against garnishee JPMorgan Chase, and a November

28, 2016 order (Doc. 34) refers the motion to Magistrate Judge Wilson.

     Magistrate Judge Wilson recommends (Doc. 35) that the clerk enter a

judgment in the amount of $4,804.77 for Butdorf and against JPMorgan Chase.

Because the report appears sound and because no objection appears, the report and

recommendation (Doc. 35) are **ADOPTED**, and the plaintiff's motion (Doc. 33) is

**GRANTED**.

The clerk is directed to enter a judgment in the amount of $4,804.77 for

plaintiff Thomas Butdorf and against garnishee JPMorgan Chase Bank, N.A.

ORDERED in Tampa, Florida, on December 15, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE